**NOWECK, J.**

v.

**PENNDOT**

**1991 CD 2016**

Commonwealth Court of Pennsylvania.

10/23/2017

Allegheny County Civil Division, SA–16–000720

Vacated/Remanded

**HORCHUCK, C.**

v.

**UCBR**

**2004 CD 2016**

Commonwealth Court of Pennsylvania.

10/23/2017

Unemployment Compensation Board of Review, B–593528

Affirmed

**JACOBS, A.**

v.

**SUPERINTENDENT CLARK, et al.**

**38 CD 2017**

Commonwealth Court of Pennsylvania.

10/23/2017

Erie County Civil Division, 13063–2016

Vacated/Remanded

**COMMONWEALTH**

v.

**PEARSON, I.**

**203 CD 2017**

Commonwealth Court of Pennsylvania.

10/23/2017

Lehigh County Criminal Division, CP–39–MD–0001958–2015

Reversed

**IN RE: NOMINATION PAPERS OF AMATO (HERBERT ET AL.)**

**1406 CD 2017**

Commonwealth Court of Pennsylvania.

10/23/2017

Berks County Civil Division, 17–15167

Affirmed